denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BRONX SAVINGS BANK v. KIAMIE HOLDING CORP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOLOMON BERNARD v. LOCAL MILK PRODUCTS, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of O'CONNOR LONG ISLAND PROPERTIES CORP. against HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LOUISE GUILDEN v. IRA GUILDEN.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (November 17, 1941.)

In the Matter of the Probate of the Last Will and Testament of EMMA B. JOHNSON, Deceased, as a Will of Real and Personal Property. NORMAN W. ROE, Petitioner, Appellant; NORMA DARE OWEN and GEORGE R. DARE, Respondents.— Order unanimously reversed and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Probate of the Last Will and Testament of EMMA B. JOHNSON, Deceased, as a Will of Real and Personal Property. NORMAN W. ROE, Petitioner, Appellant; NORMA DARE OWEN and GEORGE R. DARE, Respondents.— Orders unanimously reversed and the motions granted. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Probate of the Last Will and Testament of EMMA B. JOHNSON, Deceased, as a Will of Real and Personal Property. In the Matter of the Application of NORMAN W. ROE for an Order Requiring KATHERINE GIBBONS MARTIN to Attend and Be Examined Regarding a Testamentary Instrument of EMMA B. JOHNSON, Deceased, under Section 137, Surrogate's Court Act. In the Matter of the Application of NORMAN W. ROE for an Order Requiring WANDA ROGERS to Attend and Be Examined Regarding a Testamentary Instrument of EMMA B. JOHNSON, Deceased, under Section 137, Surrogate's Court Act. NORMAN W. ROE, Petitioner, Appellant; NORMA DARE OWEN and GEORGE R. DARE, Respondents.— Orders unanimously reversed and the motions granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Probate of the Last Will and Testament of EMMA B. JOHNSON, Deceased, as a Will of Real and Personal Property. NORMAN W. ROE,